Paul Hunter
Attorney at Law
2616 Central Avenue
Cheyenne, Wyoming 82001
307-637-0212  307-637-0262 (Fax)
attypaulhunter@prodigy.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
| ) | Case Number 17-20934 |
| Dennis Meyer Danzik, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| Sigma Opportunity Fund II, LLC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Adversary Proceeding #: 18-2006 |
| ) | |
| Dennis Meyer Danzik, ) | |
| ) | |
| Defendant. ) | |

MOTION TO RESCHEDULE TRIAL DATE AND RELATED DEADLINES

The Plaintiff, Sigma Opportunity Fund II, LLC (hereinafter "Sigma"), respectfully moves the court to enter an order rescheduling the June 4, 2019, 9:00 trial date and related deadlines, include the discovery cut off, for approximately three months for the following reasons:

1. A debtor filed his Chapter 11 petition on December 7, 2017.   The debtor has not filed a plan and disclosure statement.   The debtor faces significant challenges-and Sigma is not optimistic that the debtor will be able to obtain confirmation of a plan.    A motion to dismiss the base case was filed by CWT Canada II Limited Partnership and Resource Recovery Corporation on October 24, 2018.

2. The Plaintiff does not wish to expend financial resources pursuing the litigation when there is a possibility the base case may dismissed. This happened in the prior base case (16-20002).

3. The Defendant does not oppose this motion.

WHEREFORE, Sigma respectfully moves the court to enter an order rescheduling the June 4, 2019, 9:00 trial date and related deadlines, include the discovery cut off, for approximately three months or for other such relief the court deems to be just and equitable.

Dated: November 2, 2018.

                                                     Respectfully submitted
/s/_____
Paul Hunter
Counsel for Sigma Opportunity Fund, II LLC

## Certificate of Service

I, Paul Hunter, certify that I served a true and correct copy of the foregoing motion upon the following by electronic service on November 2, 2018.

Electronic:

United States Trustee

Ken McCartney
The Law Offices of Ken McCartney, P.C.
P.O. Box 1364
Cheyenne, WY 82003

/s/_____
Paul Hunter