Paul Hunter
Attorney at Law
2616 Central Avenue
Cheyenne, Wyoming 82001
307-637-0212  307-637-0262 (Fax)
attypaulhunter@prodigy.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) Case Number 17-20934 |
| Dennis Meyer Danzik, | )     Chapter 11 |
| | ) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| Sigma Opportunity Fund II, LLC. | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Adversary Proceeding #: 18-2006 |
| | ) |
| Dennis Meyer Danzik, | ) |
| | ) |
| Defendant. | ) |

MOTION TO RESCHEDULE TRIAL DATE AND RELATED DEADLINES

The Plaintiff, Sigma Opportunity Fund II, LLC (hereinafter "Sigma"), respectfully moves the court to enter an order rescheduling the September 24, 2019, 9:00 trial date and related deadlines, include the discovery cut off, for approximately three months for the following reasons:

1.  The court dismissed the debtor's Chapter 11 petition case on February 6, 2019. The debtor filed, however, a motion to alter or amend on February 14, 2019.  The court has not ruled on the motion to alter or amend.

2. Sigma does not wish to expend financial resources pursuing the litigation if the case remained dismissed. Sigma will need to litigate its claim if the motion to alter or amended is granted.

3. The Defendant does not oppose this motion.

WHEREFORE, Sigma respectfully moves the court to enter an order rescheduling the September 24, 2019 9:00 am trial date and related deadlines, include the discovery cut off, for approximately three months or for other such relief the court deems to be just and equitable.

Dated: February 26, 2018.

                                      Respectfully submitted
/s/_____
Paul Hunter
Counsel for Sigma Opportunity Fund, II LLC

## Certificate of Service

I, Paul Hunter, certify that I served a true and correct copy of the foregoing motion upon the following by electronic service on February 26, 2019.

Electronic:

United States Trustee

Ken McCartney
The Law Offices of Ken McCartney, P.C.
P.O. Box 1364
Cheyenne, WY 82003

/s/_____
Paul Hunter